AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

WILLIAM JOSEPH SPOTTED EAGLE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR-19-58-GF-BMM

 

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_/s/ Brian Morris_
Signature of Judge

Chief United States District Judge
Name and Title of Judge

7/21/2020
Date